IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN P. ARNOLD, | : | CIVIL ACTION |
| | : | NO. 16-5539 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT SCI | : | |
| FRACKVILLE, et al., | : | |
| | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW,** this **22nd** day of **August, 2018,** upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the responses and replies thereto (ECF Nos. 14, 17, and 20), the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 21), and Petitioner's objections thereto (ECF No. 24), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED.**

2. Petitioner's objections to the Report and Recommendation (ECF No. 24) are **OVERRULED.**

3. Petitioner's Motion to Stay and Abey the Petition (ECF No. 1) is **DENIED.**

4. The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED with prejudice.**

5. A certificate of appealability shall not issue.

6. The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**